| | |
|---|---|
| AXA INSURANCE COMPANY, d/b/a ) <br> DFASS TRAVEL RETAIL GROUP, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HI-C TRANSPORTATION, INC., *et al.*, ) <br> ) <br> Defendants. ) | 4:12-cv-85-HSM-SKL |

## **ORDER**

Before the Court are the following: a motion for leave to withdraw as counsel for Defendants Hi-C Transportation, Inc. and John Cooper Produce, Inc. by Attorneys Richard J.R. Raleigh, Jr., Christopher L. Lockwood, and the law firm of Wilmer & Lee, P.A. [Doc. 52] and a motion to strike the motion for leave to withdraw [Doc. 55]. For good cause shown, the motion to strike the motion for leave to withdraw [Doc. 55] is **GRANTED**, and the motion for leave to withdraw as counsel for Defendants Hi-C Transportation, Inc. and John Cooper Produce, Inc. [Doc. 52] is hereby **STRICKEN**.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE